No. 89–18. WINER *v.* NIXON. Sup. Ct. Va. Certiorari denied.

No. 89–20. STERLING ELECTRIC, INC. *v.* PARTS & ELECTRIC MOTORS, INC. C. A. 7th Cir. Certiorari denied.

No. 89–21. FRAUM *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–22. KNAPP ET AL. *v.* PALOS COMMUNITY HOSPITAL ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–23. SMITH *v.* CLEBURNE COUNTY HOSPITAL ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–25. SPINDLE *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–26. HUBBARD *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–27. MUHAMMED *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 89–28. LEE ET AL. *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 89–32. HAYES ET UX. *v.* TOWN OF ORLEANS. C. A. 1st Cir. Certiorari denied.

No. 89–35. SUAREZ CORP. *v.* UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied.

No. 89–36. MULLEN *v.* LAND PARCEL LIQUIDATORS ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–37. TRUSTEES OF IRON WORKERS LOCAL 473 PENSION TRUST *v.* ALLIED PRODUCTS CORP. C. A. 7th Cir. Certiorari denied.